JERRY L. FRANCE,
*Appellant,*

*v.*

Brian BELLEQUE,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

04C-21141; A129691

138 P3d 898

Hari Nam S. Khalsa filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Rosenblum, Judges.

PER CURIAM

Affirmed. *McDonald v. Belleque*, 206 Or App 655, 138 P3d 895 (2006).